IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MISC. 94 168

| | | |
|---|---|---|
| MARY V. CONNOLLY | FILED AUG 17 1994 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk | CIVIL ACTION |
| v. | | |
| JAMES J. DAVITT | | NO. 94-3860 |

O R D E R

AND NOW, this 17TH day of August, in accordance with telephone conference and upon consent of defendant,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the plaintiff, Mary V. Connolly, and against the defendant, James J. Davitt, in the amount of ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS ($125,000), (which includes all interest), and costs.

BY THE COURT
ATTEST: KCrispell
Kathryne M. Crispell
Deputy Clerk

Civ 1 (8/80)

8-17-94
xc:
J. Hetherington

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 9/1/94
ATTEST: Mary Hood
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MARY V. CONNOLLY               CIVIL ACTION

v.

JAMES J. DAVITT               NO. 94-3860

FILED AUG 17 1994 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

O R D E R

AND NOW, this 17TH day of August, in accordance with telephone conference and upon consent of defendant,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of the plaintiff, Mary V. Connolly, and against the defendant, James J. Davitt, in the amount of ONE HUNDRED TWENTY FIVE THOUSAND DOLLARS ($125,000), (which includes all interest), and costs.

BY THE COURT
ATTEST: Kathryne M. Crispell
Deputy Clerk

Civ 1 (8/80)

8-17-94
xc:
J. Hetherington

TRUE COPY CERTIFIED TO FROM THE RECORD
9/1/94
Mary Wood

*[Handwritten annotations at top: "MARY K CONNOLLY", "c/o", "- Against -", "JAMES J DAVITT", "1549 NW YORK AVENUE", "BROOKLYN NY 11210", "AMOUNT OF JGMT 125,000"]*

# JACK J. HETHERINGTON
### Attorney at Law

2102 HILLTOWN PIKE • P. O. BOX 229 • HILLTOWN, PENNSYLVANIA 18927-0229 • (215) 822-5620

September 14, 1994

James Williams
Attorney at Law
148 Seventh Avenue
Brooklyn, New York   11215

RE: Connolly vs Davitt
    Transfer/Entry of Judgment

Dear Mr. Williams:

I am writing as a follow-up to our recent telephone discussions concerning my having obtained by consent a judgment against James J. Davitt, Esquire, in a civil action filed in the U.S. District Court for the Eastern District of Pennsylvania. The Order was entered August 17, 1994. Mr. Davitt's New York address is:

JAMES J. DAVITT
1549 New York Avenue
Brooklyn, New York   11210

I obtained from the Clerk a certified copy of that Order and that certified copy is enclosed with this letter. I understand that you needed this and a check in the amount of $25.00 in order to record this Order as a judgment in the Trial Court of Brooklyn.

I have enclosed a copy of the Order and am asking that you have it conformed with the docketing information and return it to me in the enclosed, self-addressed stamped envelope.

It will also be helpful if you would provide me with the procedures involved in proceeding to execute on this judgment and the costs involved. Thank you for your attention to and cooperation with these matters.

Very truly yours,

*[Signature]*
JACK J. HETHERINGTON

JJH:jm
Enclosure
SASE

**CHECK REQUEST**

PAYEE: _____

AMOUNT: _____

CLIENT NAME: _____ CASE NO. _____

PURPOSE _____

**JAMES I. WILLIAMS**
**ATTORNEY AT LAW**

148 SEVENTH AVENUE
BROOKLYN, NEW YORK 11215
(718) 965-1979

September 21, 1994

Civil Court of Kings County
141 Livingston Street
Brooklyn, N.Y. 11201

Re: Change of Attorney

Dear Sir or Madam:

This letter is to inform the Court that I do not represent Sofikon Realty Inc. on any of the cases that have been filed on July 19, 1994.

Should you need any further information call my office or write me.

Very truly yours,

James I. Williams

JIW: cs